JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAURINO REYES, | ) Case No. EDCV 11-1537-DTB |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 26, 2012

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1